IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALAN METCALFE<br><br>and<br><br>MARGARET KLAW<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Civil Action No. _____ |

# COMPLAINT

Plaintiffs Alan Metcalfe and Margaret Klaw, by and through their undersigned attorneys, state and allege as follows:

## NATURE OF ACTION

1. In this action, Plaintiffs seek recovery of certain federal income taxes, plus statutory interest on those amounts, overpaid by Plaintiffs for the tax periods ending December 31, 2016, and December 31, 2017.

2. The Internal Revenue Service ("IRS"), an agency of defendant United States of America, received payments of taxes in excess of what was, in fact, owed by Plaintiffs for the tax periods ending December 31, 2016, and December 31, 2017.

## PARTIES, JURISDICTION, AND VENUE

1. Plaintiffs are husband and wife who reside in this judicial district.

2. At the time Plaintiffs filed the federal income tax returns at issue, they resided at 6901 Henley Street, Philadelphia, PA 19119.

3. Defendant is the United States of America.

4. This action arises under the Internal Revenue Code pursuant to 26 U.S.C. § 7422 for the recovery of federal income taxes paid by Plaintiffs for the tax periods ending December 31, 2016, and December 31, 2017.

5. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1346(a)(1) and 1491.

6. Venue is proper in this Court.

## STATEMENT OF FACTS

A. **Plaintiffs' Original Forms 1040 Income Tax Returns for 2016 Through 2018**

7. On or about April 15, 2017, Plaintiffs timely filed a Form 1040 individual income tax return for the tax period ending December 31, 2016.  Plaintiffs timely submitted full payment of all taxes shown as due and owing on that return.

8. On or about April 15, 2018, Plaintiffs timely filed a Form 1040 individual income tax return for the tax period ending December 31, 2017.  Plaintiffs timely submitted full payment of all taxes shown as due and owing on that return.

9. On or about April 15, 2019, Plaintiffs timely filed a Form 1040 individual income tax return for the tax period ending December 31, 2018.  Plaintiffs timely submitted full payment of all taxes shown as due and owing on that return.

10. All of the foregoing income tax returns were filed as "married filing jointly."

A. **Plaintiffs' Refund Claims for 2016 Through 2018**

11. Plaintiffs timely filed refund claims for the tax periods ending December 31, 2016; December 31, 2017; and December 31, 2018.

12. The basis for each refund claim was identical and arose from the business activities of Plaintiff Alan Metcalfe's architecture firm, Metcalfe Architecture and Design.

Those business activities were reported each year on Schedule C of Plaintiffs' Form 1040 income tax return.

13. Each refund claim was based upon Plaintiffs' claim of a tax credit for increasing research activities relating to Metcalfe Architecture and Design as authorized by 26 U.S.C. § 41.

14. Each of Plaintiffs' refund claims was filed using Form 1040X, Amended U.S. Individual Income Tax Return, identified the precise amount of the refund sought, the tax years at issue, and the type of taxes, and provided an explanation as to why they were entitled to a refund.

### 1. **2018**

15. On June 30, 2020, Plaintiffs timely filed a Form 1040X, Amended U.S. Individual Income Tax Return, for the tax period ending December 31, 2018.  This return was amended to claim a tax credit for increasing research activities relating to Metcalfe Architecture and Design in the amount of $50, 401.  Plaintiffs' Form 1040X included Form 6765, Credit for Increasing Research Activities, describing their computation of, and entitlement to, the tax credit.  Based upon this tax credit, Plaintiffs sought a refund of $50,401.

16. On or about August 8, 2022, the IRS sent Plaintiffs a letter stating that their Form 1040X had been processed but that certain changes were required to Form 6765 in order to claim the tax credit.

17. On or about August 16, 2022, Plaintiffs filed a corrected Form 1040X, Amended U.S. Individual Income Tax Return, which included a corrected Form 6765 claiming a credit for increasing research activities relating to Metcalfe Architecture and Design in the amount of $63,799.  Based upon this tax credit, Plaintiffs sought a refund in the amount of $41,553.

18. On or about February 21, 2023, Plaintiffs filed another corrected Form 1040X, Amended U.S. Individual Income Tax Return, which included a corrected Form 6765 claiming a

credit for increasing research activities relating to Metcalfe Architecture and Design in the amount of $63,799.  Based upon this credit, Plaintiffs sought a refund in the amount of $41,553.

        2.     **2017**

     19.     On June 30, 2020, Plaintiffs timely filed a Form 1040X, Amended U.S. Individual Income Tax Return, for the tax period ending December 31, 2017.  This return was amended to claim a tax credit for increasing research activities relating to Metcalfe Architecture and Design in the amount of $63,261.  Plaintiffs' Form 1040X included Form 6765, Credit for Increasing Research Activities, describing their computation of, and entitlement to, the tax credit.  Based upon this credit, Plaintiffs sought a refund of $63,261.

     20.     On or about April 20, 2023, the IRS sent Letter 916C to Plaintiffs requesting certain changes to the Form 1040X, and Form 6765, previously filed.

     21.     On December 4, 2023, Plaintiffs filed a corrected Form 1040X as instructed by Letter 916C.  This return claimed a tax credit for increasing research activities in the amount of $97,325.  Based upon this credit, Plaintiffs sought a refund of $60,162.

        3.     **2016**

     22.     On June 30, 2020, Plaintiffs timely filed a Form 1040X, Amended U.S. Individual Income Tax Return, for the tax period ending December 31, 2016.  This return was amended to claim a credit for increasing research activities relating to Metcalfe Architecture and Design in the amount of $73,395.  Plaintiffs' Form 1040X included Form 6765, Credit for Increasing Research Activities, describing their computation of, and entitlement to, the tax credit.  Based upon this credit, the amended return sought a refund of $73,395.

     23.     On February 12, 2021, the IRS sent Letter 2645C to Plaintiffs acknowledging receipt of Form 1040X.

24.   To the best of Plaintiffs' knowledge, the IRS sent no further correspondence regarding this refund claim.

B.   **The Internal Revenue Service's Response to Plaintiffs' Refund Claims**

   1.   **The IRS Grants Plaintiffs' Refund Claim for 2018**

25.   The Internal Revenue Service granted Plaintiffs' claim for refund for the tax period ending December 31, 2018.

26.   On or about June 26, 2023, the Internal Revenue Service issued a refund to Plaintiffs in the amount of $41,533 plus accrued interest.

   2.   **The IRS Disallows Plaintiffs' Refund Claim for 2017**

27.   By Letter 105C dated March 8, 2024, the IRS notified Plaintiffs that it had disallowed their claim for refund for the tax period ending December 31, 2017, purportedly because it was not timely filed.

   3.   **The IRS Takes No Action Regarding Plaintiffs' Refund Claim for 2016**

28.   To the best of Plaintiffs' knowledge, the IRS has not taken any action with respect to Plaintiffs' refund claim for the tax period ending December 31, 2016, other than acknowledging that it had been received.

29.   More specifically, the IRS has neither allowed, nor disallowed, Plaintiffs' refund claim for the tax period ending December 31, 2016.

**COUNT ONE**

**(Claim for Refund – $60,162 for the Tax Period Ending December 31, 2017)**

30.   Plaintiffs repeat and incorporate each of the foregoing allegations as if fully set forth herein.

31. Plaintiffs' refund claim sought a refund in the amount of $60,162 plus statutory interest for the tax period ending December 31, 2017.

32. Plaintiffs' refund claim was timely filed and met all of the requirements for a formal refund claim.

33. The basis for this refund claim arose from the business activities of Plaintiff Alan Metcalfe's architecture firm, Metcalfe Architecture and Design. Those business activities were reported each year on Schedule C of Plaintiffs' Form 1040 income tax return.

34. Plaintiffs' refund claim was based upon their claim of a tax credit for increasing research activities relating to Metcalfe Architecture and Design as permitted by 26 U.S.C. § 41.

35. Plaintiffs satisfied all requirements for a tax credit for increasing research activities pursuant to the applicable provisions of the Internal Revenue Code.

36. The basis for Plaintiffs' claim of a tax credit for increasing research activities for the tax period ending December 31, 2017, is identical in all material respects to their claim for a tax credit for increasing research activities for the tax period ending December 31, 2018, which the IRS allowed.

37. Based upon the IRS's allowance of Plaintiffs' claim for a tax credit for the period ending December 31, 2018, the IRS should have allowed Plaintiffs' claim for a tax credit for the period ending December 31, 2017.

## COUNT TWO

### (Claim for Refund – $73,395 for the Tax Period Ending December 31, 2016)

38. Plaintiffs repeat and incorporate each of the foregoing allegations as if fully set forth herein.

39. Plaintiffs' refund claim sought a refund in the amount of $73,395 plus statutory interest for the tax period ending December 31, 2016.

40. Plaintiffs' refund claim was timely filed and met all of the requirements for a formal refund claim.

41. The basis for this refund claim arose from the business activities of Plaintiff Alan Metcalfe's architecture firm, Metcalfe Architecture and Design. Those business activities were reported each year on Schedule C of Plaintiffs' Form 1040 income tax return.

42. Plaintiffs' refund claim was based upon their claim of a tax credit for increasing research activities relating to Metcalfe Architecture and Design as permitted by 26 U.S.C. § 41.

43. Plaintiffs satisfied all requirements for a tax credit for increasing research activities pursuant to the applicable provisions of the Internal Revenue Code.

44. The basis for Plaintiffs' claim of a tax credit for increasing research activities for the tax period ending December 31, 2016, is identical in all material respects to their claim for a tax credit for increasing research activities for the tax period ending December 31, 2018, which the IRS allowed.

45. Based upon the IRS's allowance of Plaintiffs' claim for a tax credit for the period ending December 31, 2018, the IRS should have allowed Plaintiffs' claim for a tax credit for the period ending December 31, 2016.

46. To date, the Internal Revenue Service has not acted upon Plaintiffs' refund claim for the tax period ending December 31, 2016, in the amount of $73,395 plus statutory interest.

47. To date, the Internal Revenue Service has not issued a notice of disallowance of Plaintiffs' refund claim for the tax period ending December 31, 2016.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs Alan Metcalfe and Margaret Klaw demand:

1. Judgment in their favor and against the United States of America in the amount of at least $60,162 for the tax period ending December 31, 2017, plus statutory interest on that amount as allowed by law.

2. Judgment in their favor and against the United States of America in the amount of at least $73,395 for the tax period ending December 31, 2016, plus statutory interest on that amount as allowed by law.

3. Costs of this action.

4. Award of reasonable litigation costs and fees incurred in this action pursuant to 26 U.S.C. § 7430 and 28 U.S.C. § 2412.

5. Such other relief as the Court deems just and proper.

Respectfully submitted,

**FOX ROTHSCHILD LLP**

By: *s/ Matthew D. Lee*
    Matthew D. Lee (PA 85914)
2001 Market Street, Suite 1700
Philadelphia, PA 19103
(215) 299-2765
(215) 299-2150 (facsimile)
mlee@foxrothschild.com

*Attorneys for Plaintiffs*

Dated:  February 27, 2026